IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK S. CAMPBELL,                          )
                                           )
        Plaintiff,                         )
                                           )
vs.                                        )    CASE NO. 05-4072-JPG
                                           )
THE CITY OF JOHNSTON CITY,                 )
TONY L. KENDRICK, Johnston City            )
Police Officer, in his individual and      )
official capacity, and PAUL GREAR,         )
Johnston City Auxiliary Police Officer,    )
in his individual and official capacity,   )
                                           )
        Defendants.                        )

## **DEFENDANT, TONY L. KENDRICK'S MOTION IN LIMINE**

NOW COMES the defendant, Tony L. Kendrick, by and through his attorneys,

FEIRICH/MAGER/GREEN/RYAN, and moves this Court, in limine, to enter an order

instructing the plaintiff, through his counsel, and his counsel individually, and all witnesses for

the plaintiff not to mention, refer to, interrogate concerning, voluntarily answer, conduct voir

dire, or attempt to convey before the jury at any time during these proceedings and in any

manner, directly or indirectly, the subject matter below stated without first informing the Court

and obtaining permission of the Court outside of the presence and hearing of the jury and without

first demonstrating to the Court by competent and admissible evidence the materiality of all of

the following matters:

1.      Any reference to the filing of this motion in limine.

2.      Making any reference to the fact that the defendant has insurance or is being

represented by an insurance company's attorneys. ***Ruwisch v. Knoebel,*** 233 Ill. App. 526 (1924);

*Emery Dry Goods Co. v. DeHart*, 130 Ill. App. 244 (1906); *Savage v. Hays Brothers*, 142 Ill. App. 316 (1908). Federal Rule of Evidence 411.

3. Making any comment or reference as to questions of law during opening statement. *Northern Trust Co. v. St. Francis Hospital*, 168 Ill. App. 3d 270, 522 N.E.2d 699, 119 Ill. Dec. 37 (1st Dist. 1988).

4. Any testimony or comment concerning the witnesses' feelings or impressions towards lawsuits in general.

5. Any testimony in reference to the financial status or wealth or poverty of the defendant. *Illinois Central Railroad Co. v. Slater*, 129 Ill. 92, 21 N.E. 575 (1889).

6. Any and all testimony regarding the character or reputation of defendant, Tony L. Kendrick, especially any testimony regarding whether the defendant is abusive or has a reputation for using excessive force. Federal Rules of Evidence 404(a).

7. Any and all testimony regarding other acts or disciplinary proceedings of defendant Tony L. Kendrick to prove that he is abusive or likely to use excessive force. Federal Rules of Evidence 404(b).

8. Any testimony concerning medical care and treatment that was needed/required as a result of any alleged injuries the plaintiff claims to have sustained and/or any medical bills incurred as a result of any alleged injuries the plaintiff claims to have sustained. Plaintiff has not identified or disclosed any medical experts to establish the provision of or need for any medical treatment and no medical bills have been produced as required by the Federal Rules of Civil Procedure regarding discovery. "Damages may not be awarded on the basis of mere conjecture or speculation." *Henderson v. Sheahan*, 196 F.2d 839 (7th Cir. 1999); Evidence as to damages

2

which are speculative is improper. ***Terracina v. Casteli***, 80 Ill. App. 3d 475, 400 N.E.2d 27 (1979).

9. To conduct all hearings or arguments regarding the admissibility of evidence, admissibility of testimony, or objections to testimony outside the hearing of the jury.

WHEREFORE, the defendant, Tony L. Kendrick, respectfully requests that the Court instruct the plaintiff, through his counsel, and his counsel individually, and all witnesses for the plaintiff not to mention, refer to, interrogate concerning, voluntarily answer, conduct voir dire, or attempt to convey before the jury at any time during these proceedings and in any manner, directly or indirectly, the subject matter below stated without first informing the Court and obtaining permission of the Court outside of the presence and hearing of the jury and without first demonstrating to the Court by competent and admissible evidence the materiality of the matters above mention, and further, to instruct the plaintiff, through his counsel, and his counsel individually, not to make any reference or inference to the fact that this Motion has been filed, argued or ruled upon by the Court, and further that counsel warn and caution each and every witness appearing in their phase of this litigation, to strictly comply with the ruling of this Court.

FEIRICH/MAGER/GREEN/RYAN

By_____/s/ John C. Ryan_____
John C. Ryan
jryan@fmgr.com

FEIRICH/MAGER/GREEN/RYAN
2001 West Main St.
P.O. Box 1570
Carbondale, IL 62903
Tele: (618) 529-3000
Fax: (618) 529-3008
G:\KLJ\CAMPBELL\motion in limine.wpd

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 20, 2006, the attached Motion In Limine was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Michael W. Maurizio
Michael W. Maurizio & Associates
1903 W. Main Street
P.O. Box 1849
Marion, IL 62959
mmaurizio@mauriziolaw.com

Mr. Richard J. Whitney
Speir & Whitney
3200 Fishback Road
Milwood Executive Suites
Carbondale, IL 62901
rwhitney@mychoice.net

Mr. Joseph Bleyer
Bleyer and Bleyer
601 West Jackson Street
P.O. Box 487
Marion, IL 62959-0487
jableyer@bleyerlaw.com

Mr. K. Rockne Bleyer
Bleyer and Bleyer
601 West Jackson Street
P.O. Box 487
Marion, IL 62959-0487
kbleyer@bleyerlaw.com

and I hereby certify that on July 20, 2006, I mailed by U.S. Postal Service the document to the following non-registered counsel:

None

Dated this 20th day of July, 2006.

FEIRICH/MAGER/GREEN/RYAN

By    s/ John C. Ryan
        John C. Ryan

FEIRICH/MAGER/GREEN/RYAN
2001 West Main St.
P.O. Box 1570
Carbondale, IL 62903
Tele:   (618) 529-3000
Fax:    (618) 529-3008
e-mail:  jryan@fmgr.com
G:\KLJ\CAMPBELL\motion in limine.wpd