IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK S. CAMPBELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  05-cv-4072-JPG |
| | ) | |
| THE CITY OF JOHNSTON CITY, TONY | ) | |
| L. KENDRICK, Johnston City Police Officer, | ) | |
| in his individual and official capacity, and | ) | |
| PAUL GREAR, Johnston City Auxiliary | ) | |
| Police Officer, in his individual and official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## JURY INSTRUCTION ORDER

This matter is before this Court for purposes of case management.  The Court **ORDERS** the parties meet prior to trial for the purpose of expediting the instruction of the jury as to the law of the case.  The Seventh Circuit Federal Jury Instructions – Civil ("7th Circuit Instructions") should be used when applicable;  otherwise, the Illinois Pattern Jury Instructions ("IPI") should be used.  If neither the 7th Circuit Instructions nor the IPI contain an instruction on a subject, the parties shall propose an instruction that is simple, brief, impartial, and free from judgment.

The Court will prepare and give the following 7th Circuit Instructions, which shall be referred to as Court's Instructions 1 through 9:  1.01, 1.06, 1.11, 1.12, 1.13, 1.17, 1.27, 1.32 and 1.34.  The Court **ORDERS** the parties to submit any additional jury instructions on or before the first day of jury selection.  All proposed jury instructions shall include (1) two double-spaced paper copies of each identified instruction, pre-numbered in sequential order and indicating whether it is for the first or second phase of the trial, (2) one double-spaced clean, unidentified copy of each

instruction, and (3) one electronic copy adaptable to WordPerfect 5.1 or greater on a 3.5 inch computer disc or via electronic mail to JPGpd@ilsd.uscourts.gov.  Any party citing a case, either in objection to or as support for a proposed instruction, shall provide a copy of the case cited.  This copy should be separate from the instruction itself.

**IT IS SO ORDERED.**
**DATED:  July 24, 2006**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**