IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK S. CAMPBELL,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITYF JOHNSTON CITY, TONY L. KENDRICK, Johnston City Police Officer, in his individual and official capacity, and PAUL GREAR, Johnston City Auxiliary Police Officer, in his individual and official capacity,<br><br>    Defendants. | Case No. 05-cv-4072-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to some issues and a jury having rendered a verdict[1] as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count I in favor of defendants Tony L. Kendrick and Paul Grear, in their individual capacities, and against plaintiff Mark S. Campbell;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on Count II in favor of defendants Tony L. Kendrick and The City of Johnston City and against plaintiff Mark S. Campbell;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Mark S. Campbell's claims in Count I against defendants Paul Grear, in his official capacity, and The City of Johnston City, are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Mark S. Campbell's claim in Count III against defendant The City of Johnston City, is dismissed with prejudice.

**DATED:  August 23, 2006**                                     **NORBERT JAWORSKI**
                                                                 **By:s/Deborah Agans, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**

---

[1] For convenience of trial, the claims tried to the jury were numbered differently than in the Complaint. This judgment refers to the claims as they were pled in the Complaint, not as they were presented to the jury.